# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CORRINE ALTHEIMER**                                                **PLAINTIFF**

v.                                *CASE NO. 4-07-CV-00045 JLH*

**HOSTO & BUCHAN LAW FIRM**                                 **DEFENDANT**

## DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

Comes named Defendant Hosto & Buchan, pursuant to Federal Rule of Civil Procedure 56, and for its Motion for Summary Judgment states as follows:

1. Plaintiff alleges employment discrimination based on race, age, and retaliation.

2. As set forth in detail in the accompanying Brief, Statement of Facts, and accompanying exhibits, the undisputed facts establish that plaintiff was not the victim of unlawful discrimination or retaliation.

3. Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendant Hosto & Buchan prays for judgment in its favor, for dismissal of the complaint in its entirety with prejudice, for an award of costs and attorney's fees associated with defense of this claim, and for all other appropriate relief to which it is entitled.

Respectfully submitted,

MARK ALAN PEOPLES, PLC
ATTORNEY FOR DEFENDANT
P.O. Box 25323
Little Rock, Arkansas 72221-5323
(501) 217-9696
(501) 221-0633 (fax)

By: *[signature]*
/Mark Alan Peoples
Ark. Bar No. 90005

## CERTIFICATE OF SERVICE

I, Mark Alan Peoples, do hereby certify that I sent a copy of the above and foregoing MOTION, via certified mail, return receipt requested, AND via regular First Class U.S. Mail, to the following on this **13th** day of August, 2007.

*[signature]*
Mark Alan Peoples

Ms. Corrine Altheimer
3 White Fir Cove
Little Rock, AR 72212
*First Class U.S. Mail*
*and*
*VIA CERTIFIED MAIL,*
*RETURN RECEIPT No 7004 2890 0000 8063 0603*

2